**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DSI Renal Holdings LLC, *et al.*[1] | ) | Case No. 11-11722 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| ALFRED T. GIULIANO, as Chapter 7 Trustee for | ) | |
| the Jointly Administered Chapter 7 Estates of | ) | |
| Debtors DSI Renal Holdings LLC, DSI Hospitals, | ) | |
| Inc. and DS Facility Development, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Pro. No. 14-50356 (KJC) |
| v. | ) | |
| | ) | |
| MICHAEL SCHNABEL, et al., | ) | |
| | ) | |
| Defendants. | | |

**<u>STATUS REPORT</u>**

Alfred T. Giuliano (the "<u>Trustee</u>"), Chapter 7 Trustee for the jointly administered estates of DSI Renal Holdings, LLC, *et al.* ("<u>DSI</u>"), hereby files this status report (the "Report") at the directive of this Court.

---

[1]     The Debtors in these chapter 7 cases and the last four digits of each Debtor's federal EIN are DSI Renal Holdings LLC (4512); DSI Facility Development LLC (4298); and DSI Hospitals, Inc. (2787).

As of the date of this Report the parties are proceeding with discovery in accordance with the Scheduling Order entered by the Bankruptcy Court on October 18, 2017.  The parties have scheduled a three day mediation with JAMS to occur in New York City on January 28-30, 2019.


Respectfully submitted,

By:    */s/  Seth A. Niederman*
       FOX ROTHSCHILD LLP
       Vincent J. Poppiti (DE Bar No. 100614)
       Seth A. Niederman (DE Bar No. 4558)
       Austin C. Endersby (DE Bar No. 5161)
       919 North Market Street, Suite 300
       Wilmington, DE  19801-2323
       Tel. (302) 654-7444


          -and-


       KAUFMAN, COREN & RESS, P.C.
       Steven M. Coren (admitted *pro hac vice*)
       Benjamin M. Mather (admitted *pro hac vice*)
       Andrew J. Belli (admitted *pro hac vice*)
       Two Commerce Square, Suite 3900
       2001 Market Street
       Philadelphia, PA  19103
       Tel. (215) 735-8700

Dated:  October 11, 2018