# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 7 <br> ) |
| DSI RENAL HOLDINGS, LLC et al., | ) Case No. 11-11722 (KG) <br> ) Jointly Administered |
| Debtors. | ) <br> ) |
| ALFRED T. GIULIANO, as Chapter 7 Trustee, | ) <br> ) <br> ) |
| Plaintiff, <br> v. | ) <br> ) Adv. Pro. No. 14-50356 (KG) <br> ) |
| MICHAEL SCHNABEL, *et al.*, | ) **Re: Adv. D.I. 213** <br> ) |
| Defendants. | ) **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO FURTHER
## AMEND THE SCHEDULING ORDER

Upon the Joint Motion (the "Motion") of Defendants The Northwestern Mutual Life Insurance Company, ("NML"), Apollo Investment Corporation ("AIC"), Ares Capital Corporation ("ARCC"), the Centre Defendants,[1] and Leif Murphy, Jay Yalowitz, Michael Schnabel, Robert Bergmann and Bruce Pollack (together the "D&O Defendants" and collectively with NML, AIC, ARCC and the Centre Defendants, the "Defendants") and plaintiff, Alfred T. Giuliano, as chapter 7 trustee (the "Plaintiff" and collectively with the Defendants, the "Movants"), to further amend the Scheduling Order entered October 18, 2017 [D.I. 81] (the "Scheduling Order") and after due deliberation sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT**

---

[1] The "Centre Defendants" shall refer to Centre Partners Management LLC, Centre Bregal Partners, L.P., Centre Capital Investors IV, L.P., Centre Capital Non-Qualified Investors IV, L.P., Centre Partners Coinvestment IV, L.P., Centre Partners IV, L.P., Centre Partners IV LLC, Centre Partners Coinvestment V, L.P., Centre Capital Investors V, L.P., Centre Capital Non-Qualified Investors V, L.P., Centre Bregal Partners II, L.P., Centre Partners V L.P., and Centre Partners V LLC.

1. The Motion is granted as set forth herein.

2. Paragraph 4 of the Scheduling Order is amended so that it reads as follows:

    4. All dispositive motions shall be filed and served by no later than Tuesday, April 30, 2019 and shall be subject to Rule 7007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware except as set forth herein. Answering briefs and accompanying appendix, affidavit(s) or declarations shall be filed and served by no later than Thursday, May 30, 2019. Reply briefs and accompanying appendix, affidavit(s) or declarations shall be filed and served by no later than Friday, June 28, 2019. Defendants' cumulative dispositive motion opening briefing ("Defendants' Opening Briefing") shall not exceed 150 pages in the aggregate. Plaintiff's aggregate answer(s) to Defendants' Opening Briefing shall not exceed 150 pages. Defendants' cumulative reply briefing shall not exceed 85 pages in the aggregate. In each instance, page counts shall be exclusive of any tables of contents and citations. Defendants may file multiple and/or separate motions for summary judgment with accompanying briefing for Defendants' Opening Briefing, Plaintiff may file one or more answering brief(s) to Defendants' Opening Briefing, and Defendants may file multiple and/or separate reply briefs to the answering brief(s) consistent with the original number of summary judgment motions and briefing.

3. All other provisions of the Scheduling Order shall remain in full force and effect.

**Dated: June 17th, 2019**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**