**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DSI Renal Holdings LLC, *et al.*,[1] | ) | Case No. 11-11722 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

| | | |
|---|---|---|
| | ) | |
| ALFRED T. GIULIANO, as Chapter 7 Trustee for | ) | |
| the Jointly Administered Chapter 7 Estates of | ) | |
| Debtors DSI Renal Holdings LLC, DSI Hospitals, | ) | |
| Inc. and DSI Facility Development, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Pro. No. 14-50356 (KG) |
| v. | ) | |
| | ) | |
| MICHAEL SCHNABEL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 24, 2019 AT 3:30 P.M. [2]**

**STATUS CONFERENCE**

    1.      Notice of Rescheduled Status Conference [D.I. 210; Filed on June 4, 2019]

                Response Deadline:   N/A

                Responses Received:  N/A

                Related Documents:

                          A.       Order Granting Joint Motion to Amend the Scheduling Order [D.I. 200; Entered on May 2, 2019]

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's federal EIN are DSI Renal Holdings LLC (4512); DSI Facility Development LLC (4298); and DSI Hospitals, Inc. (2787).

[2] This hearing will be held before the Honorable Kevin Gross in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor Courtroom 3, Wilmington, DE 19801. Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing. When making a request, parties must provide the case name and number, name of Judge, hearing date and time, name, address, phone number of participant, party whom participant represents, and matter on which participant wishes to be heard or whether the participant intends to monitor the proceeding in "listen-only" mode. See, http://www.deb.uscourts.gov/Chambers/telephonic_procedures.pdf).

Agenda for Hearing on June 24, 2019 at 3:30 p.m.
The Honorable Kevin Gross
Page 2

Status:                This matter will go forward.

Respectfully submitted,

FOX ROTHSCHILD LLP

By:     */s/ Seth A. Niederman*           
   Seth A. Niederman (No. 4588)
   919 North Market Street, Suite 300
   Wilmington, DE  19801-2323
   (302) 654-7444/Fax (302) 656-8920
   sniederman@foxrothschild.com

       -and-

   Michael G. Menkowitz
   2000 Market Street, Twentieth Floor
   Philadelphia, PA  19103-3222
   (215) 299-2000/Fax (215) 299-2150
   mmenkowitz@foxrothschild.com


Attorneys for Alfred T. Giuliano, Chapter 7 Trustee
for the estate of DSI Renal Holdings, LLC, *et al.*

Dated: June 20, 2019