# SIGN-IN SHEET

CASE NAME: DSI Renal Holdings LLC

CASE NO.: 11-11722-KBO (Adv. 14-50356-KBO)

COURTROOM NO.: 1

DATE: September 13, 2019 1:00 PM

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Alex Lees | Milbank | Centre Defendants |
| Alexandra Pastwasky | " | " |
| Allison Markowitz | " | " |
| Mark Fisher | Schiff Hardin | Northwestern |
| Edward Ketchin | Berluti McLaughlin & Ketchin | Centre Defendants |
| Eric Schwartz | Morris Nichols | Centre Defendants & Northwestern |
| Matt Talmo | " | " |
| Simon Fraser | Cozen | Apollo In. Corp. |
| Andrew Ehrlich | Paul Weiss | " |
| Steven Cohn | Kaufman Coren Ress PC | Trustee |
| Howard Kaufman | Kaufman Coren Ress PC | Trustee |
| Benjamin Mather | " | " |
| Andrew Belli | " | " |
| Seth Niederman | Fox Rothschild | " |

| | | |
|---|---|---|
| Stan Chiueh | Friedman Kaplan | |
| Steve Pesner | " | |
| Jeremy Ryan | | |
| Kerry Northup | | |
| | Potter Anderson | |
| | Benluti; McLoughlin | |
| | Ketchum | |
| | (Telephonic) | Ares Capital Corp. |
| | | " |
| | | Captive Defendants |

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Karen B. Owens
### Courtroom

Calendar Date: 09/13/2019
Calendar Time: 01:00 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | DSI Renal Holdings LLC | 11-11722 (14-5035 6) | Hearing | 10027774 | Kerry R. Northup | (617) 797-7637 ext. | Berluti McLaughlin & Kutchin LLP | Defendant(s), Centre Defendants / LIVE |
| | | DSI Renal Holdings LLC | 11-11722 (14-5035 6) | Hearing | 10036966 | Adam D. Stein-Sapir | (646) 237-6969 ext. | Pioneer Funding Group | Interested Party, Pioneer Funding Group / LISTEN ONLY |